UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BANKS,<br><br>         Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>         Defendants. | Case No. 15-CV-05542-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendants' Attorneys: Alyssa Staudinger (Defendant Experian Information Solutions, Inc.), Thomas Quinn (Defendant Equifax, Inc.), Andrew Reisinger (Defendant Les Schwab Tire Centers of Portland, Inc.), and Austin Kenney (Defendant Wells Fargo Dealer Services, Inc.)

     An initial case management conference was held on March 9, 2016. A further case management conference is set for June 22, 2016, at 2:00 p.m. The parties shall file their joint case management statement by June 15, 2016.

     Plaintiff has settled with Defendants TransUnion, LLC, Equifax, Inc., and Experian Information Solutions, Inc. Plaintiff and each of these defendants shall file a stipulation of dismissal by March 23, 2016.

     If Plaintiff and Defendant Les Schwab Tire Centers of Portland, Inc. settle, they shall file a stipulation of dismissal by March 31, 2016. The stipulation of dismissal shall also correct the naming of Les Schwab Tire Centers of Oregon in the complaint to Les Schwab Tire Centers of Portland, Inc. Should settlement not occur, Plaintiff shall file a settlement update by March 31,

1

Case No. 15-CV-05542-LHK
CASE MANAGEMENT ORDER

2016.

If Plaintiff and Defendant Wells Fargo Dealer Services, Inc. settle, they shall file a stipulation of dismissal by April 8, 2016.  Should settlement not occur, Plaintiff shall file a settlement update by April 8, 2016.

The parties shall exchange initial disclosures on or before April 1, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Opening Expert Reports | September 12, 2016 |
| Rebuttal Expert Reports | October 10, 2016 |
| Close of Fact and Expert Discovery | November 7, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | November 28, 2016 |
| Hearing on Dispositive Motions | January 12, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 16, 2017, at 1:30 p.m. |
| Jury Trial | April 3, 2017, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated:  March 9, 2016

_____
LUCY H. KOH
United States District Judge